IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02660-RPM-CBS

GREGORY BAROS,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

---

### ORDER FOR ENTRY OF JUDGMENT

Upon consideration of the Unopposed Motion for Entry of Judgment for the Plaintiff and against the Defendant [10], it is

ORDERED as follows:

1. The Unopposed Motion for Entry of Judgment for the Plaintiff and against the Defendant is granted.

2. Judgment shall enter for the Plaintiff, Gregory Baros, and against the Defendant, Allied Interstate, Inc. in the amount of $4,750.00, plus post-judgment interest.

3. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Gregory Baros, and against the Defendant, Allied Interstate, Inc., in the amount of $4,750.00, plus post-judgment interest.

Dated this 31st day of December, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge