IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02660-RPM-CBS

GREGORY BAROS,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order for Entry of Judgment entered by Senior Judge Richard P. Matsch on December 31, 2009, it is

    ORDERED AND ADJUDGED that judgment is entered for the Plaintiff, Gregory Baros, and against the Defendant, Allied Interstate, Inc., in the amount of $4,750.00, plus post-judgment interest at the rate of .41% per annum.

    DATED: December 31st, 2009

                  FOR THE COURT:

                  GREGORY C. LANGHAM, Clerk

                        s/M. V. Wentz
                  By_____
                            Deputy